FILED

05/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0224

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0224

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.                                                                    O R D E R

AMIEL JON GARDIPE, JR.

    Defendant and Appellant.

_____

Appellant Amiel Jon Gardipe, Jr., was granted an extension of time to file and serve the opening brief on or before May 1, 2023. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than May 30, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 10 2023